```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
TREVOR MURRAY,                                        :
                                                      :
                        Plaintiff,                    :
                                                      :      14 Civ. 927 (KPF)
        v.                                            :
                                                      :           ORDER
UBS SECURITIES, LLC and UBS AG,                       :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------X
```

| | |
|---|---|
| | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: September 25, 2018 |

KATHERINE POLK FAILLA, District Judge:

For the reasons set forth on the record during the telephonic conference held on today's date, the parties' post-trial motions are resolved as follows:

1. Defendants' motion for judgment as a matter of law, and Defendants' renewed motion for judgment as a matter of law or a new trial, are DENIED;

2. Defendants' motion to limit Plaintiff's back pay award is DENIED;

3. Plaintiff's motion for reinstatement or front pay is DENIED, and Plaintiff's motion for the award of prejudgment interest is GRANTED insofar as the Court will award prejudgment interest from February 20, 2012, through the date of entry of judgment using a weighted average prime rate of 3.57%, compounded annually.

The Clerk of Court is directed to terminate the motions at docket entries 243, 280, 282, and 285. In addition, the Clerk of Court is directed to terminate

entries for certain previously decided motions, including the motions at docket entries 184, 185, 329, 331, and 334.

Finally, the parties are directed to file a joint letter, on or before October 2, 2018, proposing a schedule for a motion for attorney's fees.

SO ORDERED.

Dated:  September 25, 2018
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2