# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 11, 2024

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  Trevor Murray
           v. UBS Securities, LLC, et al.
           No. 22-660 (Your docket Nos. 20-4202, 21-56)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                          Sincerely,

                          SCOTT S. HARRIS, Clerk

                          By

                          M. Altner
                          Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 11, 2024

Mr. Robert Lloyd Herbst, Esq.
Herbst Law, PLLC
420 Lexington Avenue
Suite 300
New York, NY 10170

Mr. Eugene Scalia, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

     Re:  Trevor Murray
           v. UBS Securities, LLC, et al.
           No. 22-660

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

    The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---:|
| **Printing of joint appendix:** | **$5,449.00** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$5,749.00** |

    This amount may be recovered from the respondents.

                                  Sincerely,

                                  SCOTT S. HARRIS, Clerk

                                  By

                                  M. Altner
                                Assistant Clerk– Judgments

cc:  Clerk, 2d Cir.
       (Your docket Nos. 20-4202, 21-56)

# Supreme Court of the United States

No. 22–660

**TREVOR MURRAY,**

Petitioner

v.

**UBS SECURITIES, LLC, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Second Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, Trevor Murray, recover from UBS Securities, LLC, et al., Five Thousand Seven Hundred and Forty-nine Dollars ($5,749.00) for costs herein expended.

February 8, 2024

| | |
|---|---|
| **Printing of joint appendix:** | $5,449.00 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $5,749.00 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States