S.D.N.Y.—N.Y.C.
14-cv-927
Failla, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of March, two thousand twenty-four.

Present:
  Michael H. Park,
  Steven J. Menashi,
  Myrna Pérez,
   *Circuit Judges*.

_____

Trevor Murray,
   *Plaintiff-Appellee-Cross-Appellant*,

v.                  Nos. 20-4202(L), 21-56(Con)
                      **ORDER**

UBS Securities, LLC, UBS AG,
   *Defendants-Appellants-Cross-Appellees*.

_____

By the Supreme Court's judgment dated February 8, 2024, the above-referenced case is reinstated. Appellants-Cross-Appellees' motion to file supplemental briefing on the district court's contributing factor jury instruction is **GRANTED**. Appellants-Cross-Appellees shall file a brief of no more than 6,000 words by April 4, 2024. Appellee-Cross-Appellant shall file a brief of no more than 6,000 words by April 25, 2024. Appellants-Cross-Appellees then may file a reply brief of no more than 3,000 words by May 2, 2024.

                For the Court:

                Catherine O'Hagan Wolfe,
                Clerk of Court

