# UNITED STATES COURT OF APPEALS
## FOR THE
# SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of May, two thousand twenty-five.

_____

Trevor Murray,

    Plaintiff-Appellee-Cross-Appellant,

v.

UBS Securities, LLC, UBS AG,

    Defendants-Appellants-Cross-Appellees.

_____

**ORDER**

Docket Nos: 20-4202 (Lead)
21-56 (XAP)

Appellee-Cross-Appellant, Trevor Murray, filed a petition for panel rehearing, or, in the alternative, for rehearing *en banc*. The panel that determined the appeal has considered the request for panel rehearing, and the active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

